UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:26-cv-00191

**James Francisco Robbinson,**
*Plaintiff,*
v.
**National Railroad Passenger Corporation (Amtrak),**
*Defendant.*

# ORDER

Plaintiff James Francisco Robbinson filed this diversity action asserting a state-law negligence claim. Doc. 1. The case was referred to a magistrate judge to the full extent authorized by 28 U.S.C. § 636(b)(1). Doc. 6.

Plaintiff filed a motion to dismiss their case. Doc. 16. The magistrate judge issued a report recommending that the motion be granted and that the complaint be dismissed under Fed. R. Civ. P. 41(a)(2). Doc. 17. No written objections have been filed.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The court grants the motion to dismiss and dismisses the complaint with prejudice. Any pending motions are denied as moot.

*So ordered by the court on September 10, 2026.*

J. Campbell Barker
United States District Judge